## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES, )<br><br>Defendant, )<br><br>and )<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, AND CLC, )<br><br>Defendant-Intervenors. ) | Court No. 24-00263 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as "of counsel" for defendant, the United States, in this action and requests that all papers be served on her. The individual attorney in the Government, who is responsible for the litigation, is Sosun Bae.

Dated: February 18, 2025

s/Ayat Mujais
AYAT MUJAIS
Senior Attorney
Office of the Chief Counsel
 for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel: (202) 482-1439
Fax: (202) 482-4912

Email:  Ayat.Mujais@trade.gov