# Order

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMAN, JUDGE

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>United Steel, Paper and Forestry, Rubber, Manufacturing, )<br> Energy, Allied Industrial and Service Workers )<br>International Union, AFL-CIO, CLC. )<br>)<br>Defendant-Intervenors. ) | Court No. 24-00263<br><br>PUBLIC DOCUMENT |

**ORDER**

Pursuant to Plaintiff's Motion to Supplement and Complete the Record, it is hereby ORDERED that:

    Plaintiff's Motion to Supplement and Complete the Record is granted; and

    The following documents shall be considered as part of the administrative record in this matter, in accordance with Rule 73.2(a)(1) of this Court:

1. The Accounts Receivable documentation presented by Plaintiff to the Department of Commerce at verification (included as Exhibit 2, Attachment 1 of Plaintiff's Motion)

2. The rebate data file in print and digital form, presented by Plaintiff to the Department of Commerce at verification (included as Exhibit 2, Attachment 2 of Plaintiff's Motion)

3. The homework pivot table summary, reflecting the data from the Attachment 3 file in compiled and sorted format (included as Exhibit 2, Attachment 3 of Plaintiff's Motion).

SO ORDERED.

Dated: _____, 2025                          _____
       New York, New York                                            Judge