IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, <br><br> Defendant-Intervenor. | Court No. 24-00263 |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
<u>MOTION FOR LEAVE TO FILE REPLY</u>**

Defendant, the United States, respectfully submits this response in opposition to plaintiff Bridgestone Americas Tire Operations, LLC's (Bridgestone) motion for leave to file a reply to the declarations defendant filed at the Court's request. *See* Bridgestone Mot., ECF. No. 54; Order to File Declarations, ECF No. 48; Declarations, ECF No. 53. Defendant-intervenor, the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC (USW), has already filed a comprehensive opposition to plaintiff's motion; we agree with and adopt USW's arguments. We also note that the Court's order instructing the Department of Commerce to file declarations *did not* allow plaintiff to file rebuttal declarations, and that plaintiff has failed to demonstrate sufficient cause

for the Court to depart from its normal practice of disallowing replies on non-procedural matters. For these reasons, and those set forth in USW's opposition, we request that this Court deny plaintiff's motion for leave to file a reply to Commerce's declarations.

|  | Respectfully submitted, |
|---|---|
|  | BRETT A. SHUMTE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
| OF COUNSEL: | /s/Sosun Bae<br>SOSUN BAE<br>Senior Trial Counsel |
| AYAT MUJAIS<br>Senior Attorney<br>U.S. Department of Commerce<br>Office of the Chief Counsel for<br>Trade Enforcement & Compliance<br>Washington, D.C. 20230 | United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7568<br>Fax: (202) 514-8624 |
| June 25, 2025 | Attorneys for Defendant |

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, <br><br> Defendant-Intervenor. | Court No. 24-00263 |

**<u>ORDER</u>**

Upon consideration of plaintiff's motion for leave, defendant and defendant-intervenor's responses thereto, and all other pertinent papers, it is hereby

ORDERED that plaintiff's motion is DENIED.

Dated:_____                                    _____
                                                                                                    JUDGE