IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES, ) ) Defendant, ) ) and ) ) UNITED STEEL, PAPER AND FORESTRY, ) RUBBER, MANUFACTURING, ENERGY, ) ALLIED INDUSTRIAL AND SERVICE ) WORKERS INTERNATIONAL UNION, ) AFL-CIO, CLC, ) ) Defendant-Intervenor. ) ) | Court No. 24-00263 |

**STATUS REPORT AND PROPOSED REVISED SCHEDULE**

Pursuant to this Court's October 15, 2025 order (ECF No. 66), defendant, the United States, respectfully submits this status report and proposed revised briefing schedule.

On November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys have been permitted to resume their usual civil litigation functions as of November 13, 2025. Defendant has conferred with counsel for plaintiff and defendant-intervenor, who have both consented to the following proposed revised briefing schedule:

January 9, 2026    Responses to 56.2 Motion Due

February 6, 2026   Reply in Support of 56.2 Motion Due

February 20, 2026    Joint Appendix Due

February 27, 2026    Motion for Oral Argument Due

Defendant therefore respectfully request that the Court enters the revised briefing schedule proposed above.

|  | Respectfully submitted, |
|---|---|
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA MCCARTHY<br>Director |
|  | s/Franklin E. White<br>FRANKLIN E. WHITE<br>Assistant Director |
| OF COUNSEL:<br>AYAT MUJAIS<br>Senior Attorney<br>U.S. Department of Commerce<br>Office of the Chief Counsel for Trade<br>  Enforcement and Compliance<br>1401 Constitution Avenue, NW<br>Washington, D.C. 20230 | s/Sosun Bae<br>SOSUN BAE<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-7568<br>Fax: (202) 514-8624<br>Email: Sosun.Bae@usdoj.gov |
| November 14, 2025 | Attorneys for Defendant |